EDITH M. PATE, as Administratrix of the Estate of MILTON F. PATE, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.—

(*Lavender* v. *Kurn,* 327 U. S. 645; *Murphy* v. *Boston & Maine R. R.,* 319 Mass. 413.) Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH J. DE SANTIS, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR GARITY, Appellant.—

No opinion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.